IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD C. CLAGGETT, *et al.*,

    Plaintiffs,

vs.

ANTHONY WENZLER, *et al.*,

    Defendants.

: Case No. 3:18cv66

: JUDGE WALTER H. RICE

:

---

PRELIMINARY SCHEDULING ORDER; REQUESTS OF COUNSEL; ORAL AND EVIDENTIARY HEARING SET ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

---

The captioned cause came on to be heard upon a preliminary scheduling order, with reference to Plaintiffs' Motion for Preliminary Injunction (Doc. #13), on Monday, April 2, 2018.

An oral and evidentiary hearing on the Plaintiffs' Motion for Preliminary Injunction will be held, beginning at 9:30 a.m. on Friday, June 1, 2018. In the interim, within thirty days of the preliminary scheduling conference, counsel and their clients are to meet and attempt to resolve the captioned cause. Should this informal mediation fail, the Court reserves the right, without changing the above mentioned date for the oral and evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction, to refer the captioned matter to one of this Court's Magistrate Judges for purposes of mediation.

As to discovery, it appears that same can be accomplished by way of production of documents, rather than by oral depositions.

The Court ascertained that Dennis Lieberman will be representing Tomi Hatfield.

April 4, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Dennis Lieberman, Esq.