# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DONALD C. CLAGGETT, et al. :

    Plaintiffs, : Case No. 3:18cv66

    -vs- : District Judge Walter H. Rice

ANTHONY WENZLER, et al. :

    Defendants.

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.

Dated: April 18, 2018

                                                                       Walter H. Rice
                                                                   United States District Judge